509 A.2d 868

**LOUIS C. GLASSO, INC., a Pennsylvania Corporation, Patricia Glasso and Michael Glickstein, Petitioners,**

**v.**

**Louis C. GLASSO, Jr., Charles M. Glasso, Yolanda Glasso Sweeney and Mame Steffish, Individually and as Trustees for Carman Glasso, a minor, Dante Glasso, a minor, and Luann Glasso, a minor, Respondents.**

Supreme Court of Pennsylvania.

June 4, 1986.

Petition for Allowance of Appeal GRANTED, No. 46 W.D. Appeal Docket 1986.